**Not For Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 03-2108

JOHN GARRETT,

Plaintiff, Appellant,

v.

TANDY CORPORATION, d/b/a RADIO SHACK,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. D. Brock Hornby, U.S. District Judge]

Before

Boudin, Chief Judge,

Torruella and Selya, Circuit Judges.

Jeffrey Neil Young, with whom James G. Fongemie and McTeague, Higbee, Case, Cohen, Whitney & Toker, P.A. were on brief, for appellant.
Melinda J. Caterine, with whom Jonathan Shapiro and Moon, Moss, McGill & Shapiro, P.A. were on brief, for appellee.

February 18, 2004

**Per Curiam**.  We affirm for substantially the reasons stated in the magistrate judge's recommended decision, reported at 2003 WL21250679 (D. Me. May 30, 2003), and the order of the district court affirming and embellishing that decision, reported at 2003 WL 21703637 (D. Me. July 2, 2003).

**Affirmed**.